IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02196-BNB

MARK S. BYNOG,

Plaintiff,

v.

YRC INC., and
YELLOW FREIGHT INC.,

Defendants.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED September 10, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02196-BNB

Mark S. Bynog
1101 Nicholas Cir. Apt B
Killeen, TX 76542

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/10/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk