F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 6 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02196-PAB

MARK S. BYNOG,

    Plaintiff,

v.

YRC INC., and
YELLOW FREIGHT INC.,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. All costs of service shall be advanced by the United States.

DATED September 14, 2010.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02196-PAB-MJW

Mark S. Bynog
1101 Nicholas Cir., #B
Kileen, TX 76542

US Marshal Service
Service Clerk
Service forms for: YRC INC. and Yellow Freight Inc.

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on YRC INC. and Yellow Freight Inc.: TITLE VII COMPLAINT FILED 09/08/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/16/10.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk