IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02196-PAB-MJW

MARK S. BYNOG,

Plaintiff(s),

v.

YRC INC.,  and
YELLOW FREIGHT INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Pro Se Plaintiff's Letter [motion] captioned Request for Reconsideration (docket no. 27) is DENIED WITHOUT PREJUDICE.  In this Letter [motion], the Pro Se Plaintiff seeks, *in essence*, a stay of discovery for forty-five (45) days in order to retain counsel.  The Pro Se Plaintiff filed his Title VII Complaint on September 8, 2010.  See docket no. 3.  According to the Complaint, the Pro Se Plaintiff filed his charge of discrimination based upon race with the EEOC on March 10, 2006.  The Pro Se Plaintiff has had since at least March 10, 2006, to retain counsel.  There is no Motion to Dismiss pending as of the date of this minute order, and therefore there is no evidence that suggests that this case would be dismissed by the court at this time.  Moreover, this court just entered a Rule 16 Scheduling Order on December 22, 2010 (docket no. 26).

Date:   January 5, 2011