IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02196-PAB-MJW

MARK S. BYNOG,

      Plaintiff,

v.

YRC INC., and
YELLOW FREIGHT INC.,

      Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO VACATE STATUS CONFERENCE**
(Docket No 30)

---

UPON CONSIDERATION of Defendant YRC, Inc.'s, f/k/a and successor in interest to Yellow Transportation, Inc. (a/k/a Yellow Freight, Inc.) ("YRC"), **UNOPPOSED MOTION TO VACATE STATUS CONFERENCE AND STATUS UPDATE TO THE COURT**, the Court being fully advised in the premises,

IT IS ORDERED THAT the Defendants' motion is GRANTED and the status conference scheduled for February 2, 2011 at 8:30 a.m. is VACATED. ✱

SO ORDERED this 26th day of January, 2011.

✱ It is Further Ordered that the parties shall file their Joint Stipulated motion to Dismiss with the court on or before February 11, 2011 or show cause why this case should not be Dismissed.

BY THE COURT

/s/ Michael J. Watanabe
United States District Court Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

503226980.1